**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AUSTIN LYON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:13cv494 |
| | § | (Judge Clark/Judge Bush) |
| GREEN THUMB LANDSCAPING, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE WITHOUT PREJUDICE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the stay in this matter be lifted and that this case be dismissed without prejudice and closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, the stay in this matter is lifted. This case is dismissed without prejudice and shall be closed on the court's docket.

**So Ordered and Signed**
Jun 28, 2016

_____
Ron Clark, United States District Judge